**Rickey L. DAVIS, Plaintiff–Appellant,**

v.

**CALIFORNIA STATE PERSONNEL BOARD; et al., Defendants–Appellees.**

**No. 01–15377.**

**D.C. No. CV–00–02548–SI.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 15, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

Rickey Davis appeals pro se the district court's dismissal of his action pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, and California state law, arising from his termination from state employment. We have jurisdiction pursuant to 28 U.S.C.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

§ 1291. We review de novo a district court's dismissal. *Barnett v. Centoni,* 31 F.3d 813, 816 (9th Cir.1994) (per curiam). We affirm.

The district court properly dismissed Davis' section 1983 claims because they are barred by the statute of limitations. *Taylor v. Regents of Univ. of California,* 993 F.2d 710, 711 (9th Cir.1993) (per curiam) (stating that section 1983 claims are subject to a one-year statute of limitations).

The district court properly dismissed Davis' ADA claim because he failed to exhaust his administrative remedies before filing this action in district court. *See EEOC v. Farmer Bros. Co.,* 31 F.3d 891, 899 (9th Cir.1994) (stating that plaintiff in discrimination case must exhaust EEOC remedies before filing in federal court).

AFFIRMED.